# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. TERRANCE LEE JONES*

Case No. 3:08-cr-00057-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Docket 104), the Magistrate's first Final Report and Recommendation on Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Docket 120), the parties' Objections and Responses (Dockets 110, 112, 114, 117, 137 & 138), and the Magistrate's second Final Report and Recommendation (Docket 144), the Court hereby adopts and accepts the second Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Dockets 74 & 89) is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 3, 2018